Pro Se 15 2016

FILED
LODGED
RECEIVED
MAIL

JAN 18 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

PUC #: SEA106305   SUMM/1SS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

22-CV-5038 RSL

Corrina Markley

_____

_____,

                    Plaintiff(s),

v.

City of Seattle,

Jenny Durkan, Former Mayor

Debra Smith, et al.

                    Defendant(s).

CASE NO. _____
[to be filled in by Clerk's Office]

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**
(for use only by plaintiffs not in custody)

Jury Trial: ☑ Yes  ☐ No

## I.  THE PARTIES TO THIS COMPLAINT

A.  Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Corrina Markley |
| Street Address | 3715 N 25th Street |
| City and County | Tacoma, Pierce County |
| State and Zip Code | Washington 98406 |
| Telephone Number | 253-761-9166 |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

**Defendants List**

1. City of Seattle, A Municipal Corporation
2. Jenny Durkan, Former Mayor of Seattle
3. Debra Smith, GM/CEO Seattle City Light
4. DaVonna Johnson
5. Phil West
6. Jackie Smith

Pro Se 15 2016

B. Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | City of Seattle, A Municipal Corporation |
| Job or Title *(if known)* | Seattle City Light [department] |
| Street Address | 700 5th Ave., Suite 3200 |
| City and County | Seattle, King County |
| State and Zip Code | Washington 98104 |
| Telephone Number | (206) 684-3000 |

☐ Individual capacity    ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Jenny Durkan |
| Job or Title *(if known)* | Former Mayor of Seattle |
| Street Address | last known: 600 4th Ave, 7th floor |
| City and County | Seattle, King County |
| State and Zip Code | Washington 98104 |
| Telephone Number | (206) 684-4000 |

☐ Individual capacity    ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Debra Smith |
| Job or Title *(if known)* | GM/CEO Seattle City Light |
| Street Address | 700 5th Avenue, Suite 3200 |
| City and County | Seattle, King County |
| State and Zip Code | Washington 98104 |
| Telephone Number | (206) 684-3000 |

☐ Individual capacity    ☑ Official capacity

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

Pro Se 15 2016

Defendant No. 4

| | |
|---|---|
| Name | DaVonna Johnson |
| Job or Title *(if known)* | Human Resources - Officer |
| Street Address | 700 5th Ave, Suite 3400 |
| City and County | Seattle, King County |
| State and Zip Code | Washington, 98104 |
| Telephone Number | (206) 684-3000 |

☐ Individual capacity    ☑ Official capacity

## II. PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

☐ No    ☑ Yes    If yes, how many? 3

Describe the lawsuit:

All lawsuits represent Social Security appeals.

Parties to this previous lawsuit:

Corrina Markley and Social Security Commissioner

Plaintiff(s)

Corrina Markley, Appellant

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

Defendant No. 5
Name                              Phil West
Job or Title (if known)           Customer Service & Energy Delivery Officer
Street Address                    (last known business address)
                                  700 5th Ave, Suite 2800
City and County                   Seattle, King County
State and Zip Code                WA, 98104
Telephone Number                  (206) 684-3000
☐ Individual capacity             ☑ Official capacity

Defendant No. 6
Name                              Jackie Smith
Job or Title (if known)           Supervisor
Street Address                    (last known business address)
                                  700 5th Ave, Suite 2800
City and County                   Seattle, King County
State and Zip Code                WA, 98104
Telephone Number                  (206) 684-3000
☐ Individual capacity             ☑ Official capacity

Pro Se 15 2016

_____

_____

Defendant(s)
**Commissioner of Social Security, Appellee**

_____

_____

_____

(*If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary*)

Court and name of district:
**US District Court, Western District of Washington**

Docket Number: **3:17-cv-5975-JRC**

Assigned Judge: _J Richard Creatura_

Disposition: (*For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?*)

The disposition was the judge issued an order for remand back to the ALJ.

_____

Approximate filing date of lawsuit: _11/22/2017_

Approximate date of disposition: _9/25/18_

### III. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

Court and name of district: US District Court, Western District of Washington
Docket Number: 3:20-cv-05058-MAT
Assigned Judge: Mary Alice Theiler
Disposition: The judge affirmed the ALJ's decision of onset of disability.
Approximate filing date of lawsuit: 1/21/2020
Approximate date of disposition: 9/17/2020


Court and name of district: US Court of Appeals, 9th Circuit - San Francisco
Docket Number: 20-35956
Assigned Judge: ?
Disposition: Still pending
Approximate filing date of lawsuit: 11/05/2020
Approximate date of disposition: pending

Complaint                    Page 4a                    Corrina Markley, Pro Se
                                                        3715 No. 25th Street
                                                        Tacoma, WA 98406
                                                        (253) 948-7215

*v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
n/a
_____
_____
_____

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?
n/a
_____
_____
_____

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any   statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

Pro Se 15 2016

under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

_____

_____

_____

### IV. STATEMENT OF CLAIM

*State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

**See attached Statement of Claim and Facts.**

_____

_____

A.  Where did the events giving rise to your claim(s) occur?

**Seattle City Light**

_____

B.  What date and approximate time did the events giving rise to your claim(s) occur?

**June, 2014 - March 18, 2019**

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

**See attached Statement of Claim and Facts.**

_____

_____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

Pro Se 15 2016

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

See attached Statement of Injuries.

## VI. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

I am requesting relief in money damages in the amount of $26,000,000. (Exhibit 7)

## VII. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

Pro Se 15 2016

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _1-13-2022_

Signature of Plaintiff: _Corrina Mark_ (signature)

Printed Name of Plaintiff: _Corrina Markley_

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8

