**2**





# MEMORANDUM

JULY 1, 2016 ✳

**TO**
Larry Weis, General Manager and Chief Executive Officer

**FROM**
Corrina Markley, Management Systems Analyst, Senior

**SUBJECT**
Resignation

---

I hereby tender my resignation from the position of Management Systems Analyst, Senior in the Seattle City Light Department of Customer Service & Energy Delivery. My reason is as follows:

(CM) 3-18-19
~~Medical Separation~~ On 6.15.2016 ref. Charge of Discrimination No. SSI-2016-01625
Constructive Discharge

Last Day On Payroll _____  City Retirement Date _____
7-1-2016
Employee Signature _[signature]_    Printed Name  Corrina Markley

Address  3715 No. 25th Street  Street Number  Tacoma, WA 98406
                                              City, State Zip

SCL Division Director Signature _____

SCL Business Unit Officer Signature _____

SCL HR Officer Signature _____

---

**ENDORSEMENT BY DEPARTMENT HEAD**

---

Larry Weis, General Manager and Chief Executive Officer

✳ corrected 3-18-19. _[signature]_