3



October 28, 2019

Seattle City Light
Attn: Debra Smith, General Manager/CEO
700 5th Avenue, Suite 3200
P.O. Box 34023
Seattle, WA 98104-4023

    Re:    Complaint regarding Human Resources processing of former employee, Corrina Markley, Charges of Discrimination filed in 2015 and 2016 and fraud regarding the signing of Letter of Resignation.

Dear Ms. Smith:

I was referred to you by the Washington State Attorney General's office for review of my complaint.

On October 1, 2019 I connected all the facts to conclude my former employer, Seattle City Light, defrauded me out of claim for damages No. C-97540. This is based on the following facts:

1. I filed two charges of discrimination with the EEOC in 2015 and 2016 and HR never acknowledged to me a process for resolution or resignation regarding Charge of Discrimination 551-2015-00293 and 551-2016-00526 as I was still an employee at the time these charges were filed and I was not represented by an attorney. I have been an American with invisible disabilities my entire adult life and I am protected by the ADA, but was never offered a process based on these charges. I never reported the discrimination/retaliation/harassment to HR as I was too sick at the time and needed to understand all the facts, but the hostile work environment resulted in me developing PTSD and this triggered a cascading effect of chronic illnesses that have prevented me from working since November 26, 2014. This traumatic event crushed my health and my career and I lost everything I worked for for years. Not only did this destroy me and my husband's quality of life, but also harmed my children's futures. I have been declared permanently disabled on October 29, 2018 by my primary care physician.

2. HR initiated "medical separation" for April 15, 2016 after vetting my medical condition with my doctor and HR also offered to allow me to select my own separation date of June 15, 2016.

3. On or after June 15, 2016, I was pursuing to withdraw my retirement money and was told by the City of Seattle retirement office that a step in the process needed to be completed by HR in order for me to withdraw my retirement funds. HR withheld the letter of resignation form for two weeks and when I signed it on July 1, 2016, I was under duress financially and signed the form incorrectly with the reason for resignation as "medical separation" instead of constructive discharge, the reason that supports the last charge of discrimination I filed in this matter.



4. When I was manipulated by HR to sign the letter of resignation reason as medical separation, I did not realize this falsified my charge of discrimination No. 551-2016-01625 (see claim for damages). By the time I corrected my personnel file record on March 19, 2019, I was unable to retain an attorney in time before the statute of limitations ran out for my claim for damages No. C-97540 to be filed as a lawsuit before June 15, 2019.

5. Based on the above facts, I believe I was defrauded by employer out of my rights and opportunity to file a lawsuit for damages and this was directly caused by the employer's intentional disregard of the charges of discrimination filed by me prior to separation and not providing a resolution or off-ramping process to me based on those charges. The crime of fraud is in violation of RCW 9A.60.030, Obtaining a signature by deception or duress.

Please investigate and offer a fair resolution of this matter. Thank you so much for your time.

Sincerely,

/S/

Corrina Markley
3715 No. 25th Street
Tacoma, WA 98406
corrinamarkley@comcast.net


Enclosures:

Claim for Damages No. C-97540
Letter from Rick Eilman dated 6/19/19
Email communication from Rick Eilman denying claim for damages
PTSD Diagnosis dated 1/6/15
Charge of Discrimination 551-2015-00203

Notes:

Charge of Discrimination 551-2016-00526 is missing from my files (I have requested a copy from EEOC), but a copy *should be* in my personnel file.

