## IV. Statement of Claim and Facts

1. In June, 2014, I requested a temporary, medical accommodation for symptoms that were linked to chronic illness, but unknown to me at that time. The request for medical accommodation was in written format from my primary care physician, Mark Doane, MD.

2. After I exercised my rights under the Americans with Disabilities Act and unbeknownst to me at that time, a smear campaign was initiated against me by my first level supervisor Jackie Smith and second level supervisor, Phil West, in order to enlist at least four of their cohorts to create a hostile work environment against me. Both supervisors spread misinformation, rumors, and lies about me and my health to their cohorts and this harmed my professional reputation and character.

   Additionally, the supervisors used tactics of isolation, alienation, and intimidation to oppress me in the work environment and this significantly harmed my health. The abusive environment created by both supervisors and their cohorts resulted in me developing PTSD, chronic fatigue syndrome, and fibromyalgia. My last day of work at Seattle City Light, and the last day I worked in my career, was November 26, 2014. I was diagnosed with PTSD in January, 2015, followed by

chronic fatigue syndrome and fibromyalgia diagnoses in July, 2015. (Evidence-Exhibit 1)

3. I was defrauded out of Charge of Discrimination 551-2016-01625 by the Human Resources department of Seattle City Light lead by DaVonna Johnson, HR Officer. I discovered the fraud in October, 2019, but corrected my letter of resignation on March 18, 2019. (Evidence - Exhibit 2).
I filed three separate Charges of Discrimination regarding the actions by my supervisors and the employer did not provide an EEOC process for me that is afforded to every City of Seattle employee that files a Charge of Discrimination with the EEOC.

4. I complained to Debra Smith, GM/CEO of Seattle City Light regarding the fraud on October 28, 2019 (Evidence-Exhibit 3) for an investigation into the matter to help resolve my complaint and she offered no help except to gaslight me to believe that DaVonna Johnson would help me. Defendant Debra Smith's inaction of a resolution has forced me to file this lawsuit.

5. I reported the fraud and Conspiracy against rights to the former Mayor of Seattle, Jenny Durkan, on August 26, 2020 and November 2, 2021. The former mayor

ignored my pleas for a resolution in this matter without litigation, and this lawsuit follows. (Evidence - Exhibits 4 & 5 ).

Complaint                     Page 11                     Corrina Markley, Pro Se
3715 No. 25th Street
Tacoma, WA 98406
(253) 948-7215

## V. Injuries (Statement)

1. The physical injuries (illnesses) I developed as a result of the harm are diagnoses of PTSD, chronic fatigue syndrome and Fibromyalgia in 2015, which are chronic illnesses with permanent disabilities. I have been in treatment for these illnesses since November, 2014 to present day (Evidence-Exhibit 6).

2. The injury to my career was a complete loss to my career ending on November 26, 2014.

3. The injury to my personal finances was catastrophic. With the loss of my health and career, I was forced to rebuild my life with my husband and family.

4. Justice delayed is an additional injury due to the alleged fraud committed by defendant, Davonna Johnson's Human Resources Unit at Seattle City Light.