# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CORRINA MARKLEY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE, et al.,<br><br>　　　　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C22-5038RSL |

___　**Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_　**Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

　THE COURT HAS ORDERED THAT

　Judgment is entered for defendants and against plaintiff.

　Filed this 8th day of February, 2022.

　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　s/ Ashleigh Drecktrah
　　　　　　　　　　　　　　　　Deputy Clerk